ROBERT YOUNG, Respondent, *v.* HENRY HERRMANN et al., Appellants.

*Young* v. *Herrmann*, 119 App. Div. 445, affirmed.
(Argued April 17, 1908; decided May 19, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

May 6, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through the negligence of defendants.

*John C. Robinson* and *Frank V. Johnson* for appellants.

*Julius Hilbern Cohn* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur: GRAY, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Dissenting: CULLEN, Ch. J., and HISCOCK, J.